Kelly Dove, Esq.
Nevada Bar No. 10569
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
 kbeverly@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GALENTIN NENCHEV, | Case No.: 2:18-cv-00855-KJD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO JUNE 26, 2018** |
| vs. | |
| WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rule 7-1, Plaintiff Galentin Nenchev ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo" and together with Plaintiff the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed a Complaint (the "Complaint") in this Court on May 11, 2018;

Wells Fargo was served with the Complaint on May 15, 2018;

Wells Fargo's deadline to respond to the Complaint is currently June 5, 2018; and

This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Wells Fargo time to evaluate and respond to the allegations set forth in the Complaint.

4848-9703-0503

1  IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Complaint in this action is extended to and through June 26, 2018.

Dated: May 31, 2018.

**KNEPPER & CLARK LLC**

By: */s/ Matthew Knepper*
    Matthew Knepper, Esq.
    10040 W. Cheyenne Ave.
    Suite #170-109
    Las Vegas, NV 89129
    *Attorneys for Plaintiff*
    *Galentin Nenchev*

Dated: May 31, 2018.

**SNELL & WILMER L.L.P.**

By: */s/ Kiah D. Beverly-Graham*
    Kelly Dove, Esq.
    Kiah D. Beverly-Graham, Esq.
    3883 Howard Hughes Pkwy, #1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2018

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702-784-5200

4848-9703-0503

- 2 -