Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GALENTIN NENCHEV,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00855-KJD-CWH<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

/ / /

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 1

IT IS SO STIPULATED.

Dated August 21, 2018.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 10040 W. Cheyanne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> matthew.knepper@knepperclark.com <br> miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, NV 89123 <br> dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@nblawnv.com <br> Email: asharples@nblawnv.com <br><br> Katherine A. Neben, Esq. <br> Nevada Bar No. 14590 <br> JONES DAY <br> 3161 Michelson Drive <br> Irvine, CA 92612 <br> Email: kneben@jonesday.com <br><br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* |
| **SNELL & WILMER LLP** | **SNELL & WILMER** |
| /s/ *Kiah D. Beverly Graham* | /s/ *Bradley T. Austin* |
| Kelly H. Dove, Esq. <br> Nevada Bar No. 10569 <br> Kiah D. Beverly Graham, Esq. <br> Nevada Bar No. 11916 <br> 3883 Howard Hughes Pkwy., Suite <br> Las Vegas, NV 89169 <br> Email: kdove@swlaw.com <br> Email: kbeverly@swlaw.com <br><br> *Counsel for Defendant* <br> *Wells Fargo Bank, N.A* | Bradley T. Austin, Esq. <br> Nevada Bar No. 13064 <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Email: baustin@swlaw.com <br><br> *Counsel for Defendant* <br> *Equifax Information Services, LLC* |

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 2

*Nenchev v. Wells Fargo Bank, N.A. et al*
Case No. 2:18-cv-00855-KJD-CWH

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.,

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  27th  day of  August    2018.